IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

LEJUAN M. HALL,

      Appellant,

 v.

Case No.  5D23-138
LT Case No. 2018-CF-2374 A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 14, 2023

Appeal from Circuit Court
for Duval County,
R. Anthony Salem, Judge.

W. Charles Fletcher, of Law Office of
W. Charles Fletcher, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and
Miranda L. Butson, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY and WALLIS, JJ., concur.